# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAKEFIELD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:09-cv-00064-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 8)<br><br>TWENTY-DAY DEADLINE |

Plaintiff Darryl Wakefield is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2009, Plaintiff was ordered by the undersigned to file an amended complaint within thirty days. Plaintiff sought reconsideration, but his motion was denied on April 15, 2009. To date, Plaintiff has not complied with the Court's order of March 27, 2009.[1]

Accordingly, Plaintiff shall show cause within **twenty (20) days** why this action should not be dismissed for failure to obey a court order. **The failure to respond to this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   May 15, 2009                         /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a premature notice of appeal on April 24, 2009. Plaintiff's decision to file a defective notice of appeal does not divest the Court of jurisdiction and does not relieve Plaintiff of his obligation to comply with the Court's order. Nascimento v. Dummer, 508 F.3d 905, 908 (9th Cir. 2007).

1