# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAKEFIELD, | CASE NO. 1:09-cv-00064-LJO-SMS PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Doc. 13) |
| ARNOLD SCHWARZENEGGER, et al., | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT, AND DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM |
| Defendants. | |
| | (Doc. 16) |
| | THIRTY-DAY DEADLINE |

Plaintiff Darryl Wakefield is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2009, the Court screened Plaintiff's complaint, dismissed certain claims with prejudice, and ordered Plaintiff to file an amended complaint within thirty days. Plaintiff failed to file an amended complaint, and on May 15, 2009, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to obey the Court's order. On June 8, 2009, Plaintiff filed a response to the order to show cause, and a motion seeking an extension of time to file an amended complaint in compliance with the Court's screening order. Plaintiff also seeks another complaint form.

Good cause having been shown, it is HEREBY ORDERED that:

1. The order to show cause, filed May 15, 2009, is DISCHARGED;

2.     Plaintiff's motion for an extension of time is GRANTED, and Plaintiff shall file an amended complaint within **thirty (30) days** from the date of service of this order; and

3.     The Clerk's Office is directed to send Plaintiff a complaint form.

IT IS SO ORDERED.

**Dated:**   **July 2, 2009**                        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE