1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DARRYL WAKEFIELD,                          CASE NO. 1:09-cv-00064-LJO-SMS PC

10                         Plaintiff,           ORDER DIRECTING CLERK OF THE COURT
                                                TO CLOSE THIS CASE PURSUANT TO
11        v.                                    PLAINTIFF'S NOTICE OF VOLUNTARY
                                                DISMISSAL
12  ARNOLD SCHWARZENEGGER, et al.,
                                                (Doc. 19)
13                         Defendants.
    _____/

14

15        On August 11, 2009, Plaintiff Darryl Wakefield filed a notice of voluntary dismissal pursuant

16  to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the

17  absolute right to dismiss his claims, without prejudice.  Duke Energy Trading and Marketing, L.L.C.

18  v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing

19  the action, and the Court no longer has jurisdiction over the claims.  Id.

20        Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to

21  Plaintiff's notice of voluntary dismissal filed on August 11, 2009.

22

23  IT IS SO ORDERED.

24  **Dated:    August 18, 2009**              _____/s/ Lawrence J. O'Neill_____
                                                UNITED STATES DISTRICT JUDGE
25

26

27

28

1